**Mark A. GODWIN, Plaintiff–Appellant,**

v.

**Dawna Frenchie REEVES, Stanislaus County Superior Court Judge, Defendant–Appellee.**

No. 14–16970.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 17, 2015.*

Filed Feb. 27, 2015.

Mark Goodwin, pro se.

Before: O'SCANNLAIN, LEAVY, and FERNANDEZ, Circuit Judges.

MEMORANDUM **

Former California state prisoner Mark A. Godwin appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging various constitutional violations in connection with his state criminal proceedings. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Resnick v. Hayes*, 213 F.3d 443, 447 (9th Cir.2000) (dismissal under 28 U.S.C. § 1915A); *Barren v. Harrington*, 152 F.3d 1193, 1194 (9th Cir.1998) (order)

---

(dismissal under 28 U.S.C. § 1915(e)(2)(B)(ii)). We affirm.

The district court properly dismissed Godwin's federal claims because Judge Reeves is immune from liability. *See* 42 U.S.C. § 1983; *Mireles v. Waco*, 502 U.S. 9, 9, 11–12, 112 S.Ct. 286, 116 L.Ed.2d 9 (1991) (per curiam) (judges are absolutely immune from suits for damages based on their judicial conduct except when performing nonjudicial functions or acting in the complete absence of jurisdiction).

The district court did not abuse its discretion by declining to exercise supplemental jurisdiction over Godwin's state law claims. *See Ove v. Gwinn*, 264 F.3d 817, 821, 826 (9th Cir.2001) (setting forth standard of review and explaining that "[a] court may decline to exercise supplemental jurisdiction over related state-law claims once it has dismissed all claims over which it has original jurisdiction" (citation and internal quotation marks omitted)).

**AFFIRMED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.